# PLEADING.

## BAYARD *v.* MALCOLM, 2 J. R. 550.
### In S. Ct., 1 J. R. 453.

*Pleading. When Defect is aided by Verdict.*

ACTION for deceit in the sale of a Newspaper establish-ment.

The Supreme Court held, (Livingston, J., *dissentiente,*)that in action for a deceit in the sale of a Newspaper establishment, by false representations of its condition, &c., the want of an allegation of a *fraudulent misrepresentation* or a *scienter* in the declaration, was not helped by verdict; and the judgment was accordingly arrested by the S. Ct. But

The Court of Errors held, on the other hand, that the allegation in the declaration—" and so the said S. B. says that he by reason of the said affirmation of the said R. M. Malcolm," (stating the false representation,) "*was falsely and fraudulently deceived,*" was sufficient, at least after verdict, and *reversed* the judgment of the Supreme Court.